PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs.                                         )<br>)<br>**GABRIEL SANCHEZ**                   )<br>) | **Docket Number: 2:99CR00485-05** |

On December 15, 2000, the above-named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Matthew M. Faubert
**MATTHEW M. FAUBERT
Senior United States Probation Officer**

Dated:        September 15, 2008
              Sacramento, California
              MMF/cp

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS
                    Supervising United States Probation Officer**

**Re:    Gabriel SANCHEZ**
**       Docket Number:   2:00CR00485-05**
**       ORDER TERMINATING SUPERVISED RELEASE**
**       <u>PRIOR TO EXPIRATION DATE</u>**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Dated:  September 17, 2008

```
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```

Attachment:    Recommendation
cc:     United States Attorney's Office